UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAUL MAGEE, )<br>)<br>    Petitioner   )<br>)<br>vs.   )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondent   ) | Cause No. 3:04-CV-404RM<br>Arising from 3:01-CR- 50(02)RM |

OPINION and ORDER

Having certified Mr. Magen's appeal of his § 2255 petition on the issue of whether his trial counsel was ineffective in violation of the Sixth Amendment, and having reviewed his financial affidavit submitted in support of his amended motion to proceed *in forma pauperis* on appeal, the court now GRANTS said motion [Doc. No. 13]. *See* Walker v. O'Brien, 216 F.3d 626, 631-632 (7th Cir. 2000) (holding the standard for issuance of a certificate of appealability is more demanding than the standard for determining whether an appeal is in good faith for proceeding *in forma pauperis*). The court also DENIES AS MOOT his motion for leave to proceed *in forma pauperis* [Doc. No. 186 in Cause No. 3:01-CR-50].

SO ORDERED.

Entered:  August 10, 2007

                                                /s/ Robert L. Miller, Jr.
                                             Chief Judge
                                             United States District Court